Argued and submitted October 31, reversed and remanded for reconsideration
November 29, 1995

JOHNNY TAYLOR,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A86298)

905 P2d 1188

Alan H. Biedermann, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole*, 137 Or App 247, 904 P2d 1071 (1995).